AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br><br>v.<br><br>DANIEL RAY CALDWELL (AKA: N/<br>A)  DOB: ███/1971<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00207<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/8/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder, | |

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 111(a)(1) - Assaulting, resisting, or impeding certain officers or employees,
18 U.S.C. § 1752(a)(1), (2), (4) - Knowingly Entering or Remaining in any Restricted Building or
Grounds Without Lawful Authority,
 40 U.S.C. § 5104(e)(2)(D), (F) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Seth Webb*

_____
*Complainant's signature*

Seth D. Webb, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:    2/8/2021

_____
*Judge's signature*

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*