NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number 1:21-CR-181-CKK-1

Daniel Ray Caldwell
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA   ☒ RETAINED   ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

John Hunter Smith & 24028393 TX Bar Number Pro Hac Vice
*(Attorney & Bar ID Number)*

Wynne & Smith
*(Firm Name)*

707 W. Washington
*(Street Address)*

Sherman, Texas 75092
*(City)    (State)    (Zip)*

903-893-8177
*(Telephone Number)*