IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CRIMINAL NO. 1:21-CR-00181** |
| **DANIEL RAY CALDWELL** | § | |

**DEFENDANT'S NOTICE TO SEEK REVIEW OF DETENTION ORDER**

COMES NOW, **DANIEL RAY CALDWELL**, the Defendant in the above-styled and numbered case, by and through his attorney of record, and files this Notice to Seek Review of Detention Order.

**I.**

*Background/Procedural History*

1. On February 10, 2021, the defendant was arrested on a Complaint from the District of Columbia.

2. On February 12, 2021, the defendant appeared made an initial appearance before Magistrate Judge Kimberly C. Priest Johnson.

3. On February 22, 2021, the defendant appeared before Judge Johnson for a Detention Hearing. The defendant was remanded into custody.

4. On February 24, 2021, the defendant filed a Motion to Reopen the Detention hearing to consider another 3rd Party Custodian.

5. On March 4, 2021, a continuation of the detention hearing occurred to consider another 3rd Party Custodian. The court remanded the defendant into custody.

6. On March 25, 2021, the defendant arrived in the District of Columbia.

7. On April 7, 2021, the defendant appeared before the court and was arraigned on the indicted charges.

II.

*Review of Detention Order*

On April 7, 2021, the court entered a minute order directing counsel to advise the court if the defendant will seek review of the detention order. Counsel intends to seek review of the detention order.

On April 13, 2021, Counsel requested the transcripts from the detention hearing held on February 22, 2021 and March 4, 2021. Counsel requested expedited transcripts and was advised that the transcripts would be received within 3 business days by the court reporting service. The defendant requests that his brief be due to the court on April 26, 2021.

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully prays that this Honorable Court accept the notice and schedule briefing as outlined above.

                Respectfully submitted,

                **JOHN HUNTER SMITH**
                WYNNE & SMITH
                707 W. Washington
                P.O. Box 2228
                Sherman, Texas 75091-2228
                Telephone:   903/893-8177
                Telecopier:   903/892-0916
                jsmith@wynnesmithlaw.com

            By: */s / John Hunter Smith*
                **JOHN HUNTER SMITH**
                State Bar No. 24028393

                ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

Defense counsel conferred with Mr. James Dennis Peterson, Assistant United States Attorney, on April 13, 2021, regarding this notice.

*/s/ John Hunter Smith*
John Hunter Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was provided to with Mr. James Dennis Peterson and Ms. Puja Bhatia, Assistant United States Attorneys via CMECF/PACER on April 14, 2021.

*/s/ John Hunter Smith*
John Hunter Smith