UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 1:21-cr-00181-CKK** |
| | : | |
| **DANIEL RAY CALDWELL,** | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and defense does not oppose this request.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

> Respectfully submitted,
>
> CHANNING PHILLIPS
> Acting United States Attorney
> D.C. Bar No. 415793

By:    */s/ Puja Bhatia*
       PUJA BHATIA
       Assistant United States Attorney
       D.C. Bar 1009466
       James D. Peterson
       Special Assistant United States Attorney
       Bar No. VA 35373
       555 4th Street, N.W., Room 9439
       Washington, D.C. 20530
       (202) 252-6900
       puja.bhatia@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00181-CKK |
| | : | |
| **DANIEL RAY CALDWELL,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.


Date: _____              _____
                                        HONORABLE COLLEEN COLLAR-KOTELLY
                                        UNITED STATES DISTRICT JUDGE