# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL RAY CALDWELL,<br><br>Defendant | Criminal Action No. 21-181 (CKK) |

## ORDER
(May 21, 2021)

For the reasons set forth in the accompanying Memorandum Opinion, Defendant Caldwell's [21] Motion to Revoke or Amend Magistrate's Order of Pretrial Detention is **DENIED.**

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge