IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:21-CR-00181 |
| | § | |
| DANIEL RAY CALDWELL | | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW John Hunter Smith, the attorney of record for defendant in the above styled and numbered cause and moves the Court to be allowed to withdraw as the defendant's attorney of record.

### I.

The defendant was arrested on February 10, 2021, on a criminal complaint that is part of this instant case. Counsel for the defendant was retained on this matter on February 11, 2021. Counsel for the defendant represented him before the court in the Eastern District of Texas, and sought admission via *pro hac vice* before this Honorable Court.

Counsel for the defendant has met with the defendant on April 24, 2021, and again on June 19, 2021. During those meetings, we reviewed relevant discovery connected to the defendant, and the government's proposed plea agreement. During the course of my representation, the defendant and I have discussed his case via phone on numerous occasions.

Over the past month, Counsel and defendant have discussed the cost of representation. The defendant and his family do not have the financial resources to continue with retained

counsel in this matter.

Additionally, we have discussed various courses of action associated with his case. Counsel and the defendant respectfully have a philosophical disagreement on the direction of his case.

Based on the above, defendant and counsel have had a break down in the attorney-client relationship. Because of this conflict, I am requesting to withdraw as attorney of record.

**II.**

Counsel on behalf of the defendant requests that this Honorable Court appoint a Criminal Justice Act (CJA) attorney or an attorney with the Federal Public Defender's (FPD) office. It is counsel's understanding that the family has been in communication with the Federal Public Defenders (FPD) office for the district to obtain legal counsel. The defendant has exhausted all of his financial resources and needs the assistance of a court appointed legal counsel.

WHEREFORE, the undersigned counsel prays that he be allowed to withdraw as attorney of record for the defendant in this case.

Respectfully Submitted,

 /s/ John Hunter Smith
John Hunter Smith
State Bar No. 24028393
707 W. Washington
Sherman, Texas 75092
Tel: (903)-893-8177
Fax: (903)-892-0916

## CERTIFICATE OF CONFERENCE

Defense counsel conferred with Mr. James D. Peterson, Assistant United States Attorney, via telephone on August 5, 2021, and he is not opposed to such motion.

*/s/ John Hunter Smith*
John Hunter Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was provided to with Mr. James D. Peterson, Assistant United States Attorney via CMECF/PACER on August 6, 2021.

*/s/ John Hunter Smith*
John Hunter Smith