IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 1:21-CR-00181** |
| | § | |
| **DANIEL RAY CALDWELL** | | |

### O R D E R

Upon motion of the defendant, DANIEL RAY CALDWELL, Motion To Withdraw As Attorney Of Record, and the Court having reviewed the facts surrounding said motion, this Court hereby GRANTS/DENIES said motion.