**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 1:21-CR-00181** |
| | § | |
| **DANIEL RAY CALDWELL** | | |

<u>**MOTION FOR CONTINUANCE OF PLEA DEADLINE**</u>

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, Defendant, **DANIEL RAY CALDWELL**, in the above styles and numbered cause, by and through his attorney of record, John Hunter Smith and files this Motion for Continuance of Plea Deadlines, and in support thereof would show the court as follows:

I.

The above matter is presently set for Plea deadline on August 9, 2021.

II.

On June 17, 2021, the Government submitted the plea agreement to counsel via e-mail. The plea agreement provided by the Government expires on August 9, 2021.  On August 6, 2021, counsel for the defendant filed a Motion To Withdraw As Counsel in (Doc. 26 ).  Counsel requests that the deadline be extended to a later date to allow new counsel an opportunity to determine the course of action on the instant case.

III.

This motion is made in the interest of justice and not for any reason of delay.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays the Court

grant this Motion for Continuance.

Respectfully submitted,

/s/John Hunter Smith
JOHN HUNTER SMITH
State Bar No. 24028393
WYNNE & SMITH
707 W. Washington
P.O. Box 2228
Sherman, Texas 75091-2228
Telephone:     903-893-8177
Telecopier:     903/892-0916
jmsmith@wynnesmithlaw.com

ATTORNEY'S FOR DEFENDANT

## **CERTIFICATE OF CONFERENCE**

I, hereby certify that on August 5, 2021, Counsel spoke with Assistant United

States Attorney, James D. Peterson and he is not opposed to this motion.

/s / John Hunter Smith
JOHN HUNTER SMITH

## **CERTIFICATE OF SERVICE**

I, hereby certify that on August 6, 2021, a copy of the foregoing motion was provided to

Assistant United States Attorney, Mr. James D. Peterson by CM/ECF Pacer.

/s / John Hunter Smith
JOHN HUNTER SMITH