IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. 1:21-CR-00181 |
| | § |
| DANIEL RAY CALDWELL | § |
| | § |

### EXHIBIT

I Daniel Ray Caldwell, on August 4, 2021, instructed Attorney John Hunter Smith to file a Motion to Withdraw as my legal counsel.

I Daniel Ray Caldwell, authorize the filing of this motion.

I Daniel Ray Caldwell, have received a copy of the Motion to Withdraw.

X 8/12/21
DATE

X _Daniel Ray Caldwell_
Daniel Ray Caldwell
Inmate Number 376977
DC Department of Corrections
1901 E Street, SE
Washington, DC 20003

MOTION TO WITHDRAW AS ATTORNEY OF RECORD - Page 4