IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                      Case No.: 1:21-CR-00181

DANIEL RAY CALDWELL
      Defendant.

## NOTICE OF APPEARANCE

The Clerk of Court will please note the appearance of Robert L. Jenkins, Jr., Esq. as counsel for the Defendant in the above styled matter.

I Ask For This:

_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant DANIEL RAY CALDWELL

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy to be served via ECF on this August 16, 2021.

_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant DANIEL RAY CALDWELL