IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 1:21-cr-00181 (CKK) |
| DANIEL RAY CALDWELL, | : |
| Accused. | : |

## MOTION TO STRIKE DOCKET ENTRY 37

Comes now, the Defendant DANIEL RAY CALDWELL, by and through counsel and moves this Honorable Court to strike docket entry 37. The pleading has been amended and refiled as docket entry 38.

RESPECTFULLY SUBMITTED:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229 8652 Fax
RJenkins@BynumAndJenkins.com
Counsel for Defendant DANIEL RAY CALDWELL

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served via ECF to all counsel of record on December 2, 2021.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229 8652 Fax
RJenkins@BynumAndJenkins.com
Counsel for Defendant DANIEL RAY CALDWELL