# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL RAY CALDWELL,<br>Defendant | Criminal Action No. 21-181 (CKK) |

# ORDER
(June 3, 2022)

It is this 3rd day of June, 2022, **ORDERED** that the Court hereby directs the Probation Office to prepare the offense level calculation and criminal history calculation of the Advisory Sentencing Guidelines for inclusion in a presentence report to be provided to the Court by **July 18, 2022**, which is prior to the Status Hearing scheduled for **August 2, 2022**. As to offense level, the Probation Office shall prepare two calculations, one applicable to Defendant accepting the current plea offer, pleading guilty Count 2 of the Indictment, and one applicable to Defendant being convicted at trial of all counts.

Once the offense level and criminal history calculation for a presentence report in this case is completed, it is to be shared with government's counsel and defense counsel, as well as with the Court. In preparing the report, the Probation Office may consult with counsel.

                                                                               /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge