UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>DANIEL RAY CALDWELL,<br>    Defendant. | Criminal No. 1:21-cr-00181-CKK-1 |

**PRETRIAL SCHEDULING ORDER**
(Trial Date: February 1, 2023)

*Proposed Deadlines*

<u>Discovery & Associated Deadlines</u>
| | |
|---|---|
| Government to complete any final discovery under present indictment | November 18, 2022 |
| Aspirational date for grand jury decision re: superseding indictment | November 18, 2022 |
| Government to complete discovery under any superseding indictment | _____ |
| Discovery motions (Fed. R. Crim. P. 16) | December 16, 2022 |

<u>Expert Notices & Other Crimes Evidence</u>
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | November 18, 2022 |
| Defendant's expert notice (FRE 701 & 702) | December 2, 2022 |
| Government's FRE 404(b) notice | December 9, 2022 |
| Defendant's response to FRE 404(b) notice | _____ |
| *Brady* notice | 2 weeks before trial |

<u>Experts</u>
| | |
|---|---|
| Expert reports (FRE 702) | November 18, 2022 |
| Lay witness identification and subject matter (FRE 701) | November 18, 2022 |

<u>Non-Evidentiary Pretrial Motions</u>
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | October 14, 2022 |
|     Government's response to Defendant's non-evidentiary motions | October 28, 2022 |
|     Defendant's reply as to non-evidentiary motions | November 4, 2022 |
| Government's non-evidentiary pretrial motions | October 14, 2022 |
|     Defendant's response to Government's non-evidentiary motions | October 28, 2022 |
|     Government's reply as to non-evidentiary motions | November 4, 2022 |

<u>Evidentiary Pretrial Motions</u>
| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | December 2, 2022 |

1

| | |
|---|---|
| Government's response to Defendant's evidentiary motions | December 16, 2022 |
| Defendant's reply as to evidentiary motions | December 23, 2022 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | December 16, 2022 |
| Defendant's response to Government's evidentiary motions | December 30, 2022 |
| Government's reply as to evidentiary motions | January 6, 2023 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | December 2, 2022 |
| Responses to motions *in limine* | December 16, 2022 |
| Replies as to motions *in limine* | December 23, 2022 |
| | |
| Joint notice of stipulations | January 6, 2023 |
| | |
| *Giglio* and *Jencks* material | 7 days before trial |
| *Voir Dire* and Jury Instructions | 14 days before trial |

<u>Witness and Exhibit Lists</u>

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | 7 days before trial |
| Defendant's witness list, exhibit list and exhibits | 7 days before trial |

Pre-trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge