Barbara J. Caldwell

███████████████

███████████████

████████

January 2, 2023

Honorable Colleen Kollar-Kotelly

United States District Court

333 Constitution Avenue, NW

Washington, DC 20001

   My name is Barbara Caldwell. I am Daniel R. Caldwell's step-mother, and I consider him as my son. I wrote you once before, in October of 2021.

   Throughout my life I have heard the phrase, "throw yourself upon the mercy of the court".   I write to you today in hopes that you will show mercy in your sentencing of Daniel. I pray you will take into regard that the last two years of life in confinement have made him take a long look at how his choices affected himself, and his family. And I also plead with you to see what it has been for his family. His children have received pain they should never have had to endure – because of their father's choices, not their own. They have lived with shame and worry about how to continue. His ex-wife (they reconciled several years ago) has

stood by him even though this has literally made her physically ill. It has been a mental and financial burden on us all.

   My husband will be 71 years old in March. I have watched the past two years take a toll on his mind and heart. We have been unable to see Dan - my husband is scared he'll never see his son again.

   Dan is aware of all of this and it tears at his core. He knows he messed up a lot of lives and I know he would take it all back, if he could. But, he can't. All we can do now is call upon your grace and consideration when making your decision of sentence on February 1, 2023. I understand he must pay his debt to society but he owes his family, too. Please, Your Honor, let him return home as soon as possible to amend for the wrongs he has placed on us all.


Sincerely,

Barbara J. Caldwell