# Honorable Discharge



**FIDELI CERTA MERCES**

from the Armed Forces of the United States of America

This is to certify that

CORPORAL (E-4) DANIEL R. CALDWELL

was Honorably Discharged from the

# United States Marine Corps

on the 4TH day of AUGUST 1997. This certificate is awarded as a testimonial of Honest and Faithful Service

LEO V. WILLIAMS III
BRIGADIER GENERAL USMCR

DD 256 MC 1 MAY 50 SN:0102-LF-002-3901

---



**UNITED STATES MARINE CORPS**
MARINE CORPS RESERVE SUPPORT COMMAND
15303 ANDREWS RD.
KANSAS CITY, MO 64147-1207

IN REPLY REFER TO
IRRD

04 AUG 1997

DEAR CPL D. R. CALDWELL,

This discharge certificate is a testimonial of your honorable service. It signifies that you have served in a proficient and industrious manner in the defense of your country. No greater honor accrues to any citizen.

On behalf of the Commandant of the Marine Corps, please accept the gratitude of our great nation and best wishes in your future endeavors.

LEO V. WILLIAMS III
BRIGADIER GENERAL USMCR

D. R. CALDWELL
1531 STATE HIGHWAY 121 APT 725
LEWISVILLE         TX 75067

(REV 2-93)

# Marine Corps Base



## Certificate of Training

THIS CERTIFICATE AWARDED TO.

D. R. CALDWELL

FOR SUCCESSFUL COMPLETION OF

3TON CLASS 1992

## Camp Pendleton, California

04 NOVEMBER 1992

DIRECTOR OF OPERATIONS, MOTOR TRANSPORT DIVISION



# United States Marine Corps

Lance Corporal Daniel R. Caldwell 463 79 4233/6300 USMC

was, on the twenty-seventh day of June, 19 91,

the subject of a

## MERITORIOUS MAST

conducted by the

Headquarters and Headquarters Squadron 90
Marine Aviation Training Support Group 90
Naval Air Technical Training Center
Naval Air Station, Memphis
Millington, Tennessee 38054-5123

### for outstanding service as follows:

You are hereby commended as a member of the H&HS 90 Honor Deck. In order to be a part of the Honor Deck, you had to be a volunteer, maintain a razor sharp appearance, have an 85% scholastic average or better and be recommended by your troophandler. As a member of the Honor Deck, you participated in numerous details in both the civilian and military communities, which demanded on numerous occasions the sacrificing of your off duty time. In every event that you participated in you conducted yourself in a highly professional manner. Your outstanding personal appearance, esprit de corps, and dedication to duty reflect great credit upon yourself, this unit, and are in keeping with the highest traditions of the United States Marine Corps.

J. E. DIXISON
Captain, U. S. Marine Corps
Acting

NAVMC 10935 (5-73) SN: 0000-00-006-5081 U/I: PD 25 SETS PER PAD (1650)



# United States Marine Corps

PRIVATE FIRST CLASS CALDWELL, DANIEL R. 463794233

was, on the 2ND day of NOVEMBER, 19 90,

the subject of a

## MERITORIOUS MAST

conducted by the
Commanding Officer
Marine Combat Training Battalion
School of Infantry
Marine Corps Base
Camp Pendleton, California 92055-5040

*for outstanding service as follows:*

During the period from 10 October 1990 to 2 November 1990, as a member of GOLF Company, Marine Combat Training Battalion, you performed your duties in an exemplary manner. The extremely positive, highly motivated attitude which you displayed set the pace for others, and directly contributed to your success at MCT. The effort which you made indicates a trend toward a brilliant career. Your actions reflect great credit upon yourself, and are in keeping with highest tradition of the United States Marine Corps.

B. E. Oubtdt

B. E. ՍUDERST.
Major, U. S. Marine
COMMANDING

NAVMC 10935 (5-73) SN: 0000-00-006-5081 U/I: PD 25 SETS PER PAD (1650)

# United States Marine Corps

takes pleasure in presenting the

## Dress Blue Award

to

PVT. D. R. CALDWELL USMC

for referring three individuals, who subsequently enlisted in the Marine Corps.
Your dedication to duty is indicative of your enthusiasm in sharing with others
the high traditions and standards of the United States Marine Corps.

30 NOVEMBER 1989      TX/NOV
Date

Commanding Officer

NOLA 1650/80 (5-87)





# Certificate of Good Conduct

**CORPORAL DANIEL R. CALDWELL 463 79 4233/6324**

Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal **FIRST AWARD** for the period **1 JUNE 1992** to **31 MAY 1995**.

Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.

**P. R. HUTCHERSON**
**LIEUTENANT COLONEL**
U.S.M
COMMANDING

**HMLA-267**
**MAG 39 3DMAW MARFORPAC**
UNIT
**31 MAY 1995**
DATE OF AWARD

NAVMC 71 (REV. 9-66) (1650)
SN: 0000-00-000-1003 U/I: PADS OF 50 SETS

☆ U.S.G.P.O.: 1994 -535-824



To all who shall see these presents, greeting:

Know Ye, that reposing special trust and confidence in the fidelity and abilities of  DANIEL R. CALDWELL  , I do appoint this Marine a  CORPORAL  in the

# United States Marine Corps

to rank as such from the  FIRST  day of  SEPTEMBER , nineteen hundred and NINETY-FOUR.

This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.

Given under my hand at  HMM-161, MAG-16, 3DMAW, FMFPAC this  FIRST  day of  SEPTEMBER , in the year of our Lord nineteen hundred and NINETY-FOUR.

AUTHORITY  MCBul 1430 of 23 Aug 94

DATE PROMOTION IS EFFECTIVE FOR PAY AND ALLOWANCES  1 September 1994

W. J. NIEMASIK
Lieutenant Colonel, U

FORM 216 MC
90

S/N 0



**UNITED STATES MARINE CORPS**
RECRUITING STATION
301 CENTER STREET, ROOM 327
LITTLE ROCK, ARKANSAS 72201-2603

IN REPLY REFER TO
1400
01
30 SEPT 1989

From: Commanding Officer, USMC-RS, Little Rock, AR
To:   Commanding General Marine Corps Recruit Depot, San Diego, CA
      (ATTN: RLS)

Subj: PROMOTION TO PRIVATE FIRST CLASS (REFFERALS) CASE OF: PVT. D. R. CALDWELL ████████ USMC

Ref: MCO 1020.32D

1. Per the reference, Pvt. Caldwell rates to be promoted to PFC.

2. The below listed referrals are to justify the issue:

   a. BRALEY, T. D. ████████/dep in 890927

   b. TRUSTY, M. A. ████████/dep in 890911

3. We request that appropriate action be taken.

L. L. BLAHNA
By direction

# The United States Marine Corps



*Be it known by these presents that*

DANIEL R. CALDWELL  USMC

*has been cited for exceptional assistance in the field of recruiting. This certificate is presented in recognition that these accomplishments have significantly benefited the Marine Corps. Upon being sworn into the Regular Marine Corps or assignment to IADT with the Marine Corps Reserve, appointment to the grade of Private First Class will be effected in accordance with MCO P1100.*

*Presented this* __30th__ *day of* __SEPTEMBER__, 19__89__

L. L. BLAHNA CAPT. USMC

USMC RS LITTLE ROCK, AR.

30 SEPTEMBER 1989