James R. Caldwell

████████████████

████████████████

████████

January 5, 2023

Honorable Colleen Kollar-Kotelly

United States District Court

333 Constitution Avenue, NW

Washington, DC

  My name is James Caldwell.  I am Daniel Caldwell's father.  It is with a heavy heart that I am having to write this letter pertaining to the situation that my son is in, because this is not the Dan that I know.

  Dan comes from a family that has served this country in every branch of military service and every war this nation has faced.  He was born while I was doing my tour in the Vietnam War. In his own heart he knows the value of honor to this country, him being a veteran himself- serving with the United States Marine Corp.

  Your Honor, Dan has always been the type of son every dad would want.  I was always able to depend on Dan with whatever it was that I needed and being a man of almost 71 years of age, I've always needed his help with physical things.  Although he lived over 1.5 hours from me, I knew he was only a phone call away to help. That changed two years ago.  Your Honor, Dan is a good man that was an asset to his community and would be again, if given the chance to correct his wrong.

  It is heartbreaking to see what my grandchildren have gone through, as well.  They, too, have always had their father in their daily lives.  My heart breaks to sit at my grandson's football games and not have his father sitting right beside me cheering him on.  I can see in my grandson the impact this is having on him, too.

My grandson is lost without his dad, as any 17 year old who loves his father would be.

I have taught all my children and grandchildren that a person's word means something in this life and to stand by it.  With that being said, Your Honor, I need you to know that whatever sentence you impose upon him, will be my sentence also.

I pray every day to God for the return of my son to us, and pray that you will take into consideration we are a family that loves and needs him.  Thank you, Your Honor, for taking the time to read this and hopefully seeing Daniel Caldwell for the person he really is.

                    Respectfully,

                    James Caldwell